```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

FIRST ADVISORY, LLC,              )    2:04-CV-1557-ECR-RJJ
                                  )
    Plaintiff,                    )    MINUTES OF THE COURT
                                  )
vs.                               )    DATE: MARCH 27, 2008
                                  )
AMERICAN WATER STAR, INC., et al.,)
                                  )
    Defendants.                   )
_____)

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN          Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On March 12, 2008, the Magistrate Judge filed a Report and Recommendation (#109) recommending that Plaintiff's Motion to Enforce Terms of Settlement (#95) be granted. No objections were timely filed to the Report and Recommendation (#109).

    The Court finds that the Report and Recommendation (#109) is well taken. **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#109) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion to Enforce Terms of Settlement (#95) is **GRANTED**.

    **IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for the purposes of scheduling any further proceedings in this case or, if appropriate, to recommend closing the case.

                                                      LANCE S. WILSON, CLERK

                                                      By         /s/
                                                            Deputy Clerk